**14 MISC 0095**

AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

**DOC # 1**

| | |
|---|---|
| WILLIAM WILBER, et al, <br> *Plaintiff* <br> v. <br> WAL CAPITAL, LLC., et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. SACV12-1448 AG (ANx) <br> ) <br> ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 02/27/2014.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 03/03/2014

CLERK OF COURT

Lori Wagers
*Signature of Clerk or Deputy Clerk*

FILED
U.S. DISTRICT COURT
2014 APR -1 PH 12: 29
S.D. OF N.Y.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WILBER, NICOLE KHARZI, KAREN OLDMIXON, LARRY CAIN, ROBYN JAMISON, OTTO FOX, GAIL YOUNG, MARK THOMAS, CINDY DICOSIMO, CAROL WINKLER, AND DAVID WINKLER, <br><br> Plaintiffs, <br><br> v. <br><br> TOP GLOBAL CAPITAL, INC.; WAL CAPITAL, LLC; WAL CAPITAL, SA; APEX GLOBAL EXCHANGE, LTD.; MY FOREX PLANET, INC.; ZENOOST, INC.; CTN SYSTEMS CORP.; MORRIS MOSKOWITZ; METAQUOTES SOFTWARE CORP.; DUKASCOPY BANK, SA; COLDWELL, LTD.; FAIRFIELD LAW FIRM, SA; LISBETH GONZALEZ HERNANDEZ; JAVIER GIL VALLARINO; MELODY PHAN; MARK WALLACK; GLENN ALCARAZ; ROSAURA PATRICIA BARQUERO CASARES; SAMUEL VILCHEZ; AND ROY BAKER, <br><br> Defendants. | CASE NO. SACV 12-1448 AG (ANx) <br><br> AMENDED JUDGMENT |

1  Having granted a motion for default judgment, the Court now enters Judgment in favor of
2  all Plaintiffs and against defaulting defendants Melody Phan; Marc Wallack; CTN Systems
3  Corp.; Morris Moskowitz; Glenn Alcaraz; Wal Capital, S.A.; Metaquotes Software Corporation;
4  Coldwell, Ltd.; and Top Global Capital, Inc. ("Defaulting Defendants.") Defaulting Defendants
5  are jointly and severally liable for the August 9, 2013 judgment awarded to Plaintiffs in this
6  case. (Dkt. No. 83.) Defaulting Defendants are also jointly and severally liable for $5,600 in
7  attorney fees, and $8,413.69 in costs.

9  IT IS SO ORDERED.
10 DATED: February 26, 2014

_____
Andrew J. Guilford
United States District Judge

I hereby attest and certify on 3-3-14 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK



1225