USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM WILBER, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>TOP GLOBAL CAPITAL INC., ET AL.,<br><br>Defendants. | Case No.: 1:14-mc-00095-P1<br><br>STIPULATION AND ORDER TO VACATE AND DISMISS AS TO METAQUOTES SOFTWARE CORP. ONLY PURSUANT TO SETTLEMENT |

WHEREAS, Plaintiffs filed the above-referenced action on April 1, 2014 to register a foreign Judgment against MetaQuotes Software Corp., resulting from the Default Judgment entered against MetaQuotes in the Federal District Court, Central District of California, Case Number SACV12-1448 AG (JPRX); and

WHEREAS, none of the parties to the above-referenced action is an infant or incompetent person; and

WHEREAS, Plaintiffs and MetaQuotes Software Corp. have reached a settlement in the matter filed in the Federal District Court, Central District of California, Case Number SACV12-1448 AG (JPRX), which requires the dismissal with prejudice of MetaQuotes Software Corp. only from the above-referenced action; and

WHEREAS, an Order was entered on February 2, 2016 in the Federal District Court, Central District of California, Case Number SACV12-1448 AG (JPRX) dismissing MetaQuotes Software Corp. only, attached as Exhibit A, with prejudice, and pursuant to the terms of the Settlement Agreement, attached as Exhibit B; now, therefore

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs William Wilber, Nicole Kharzi, Karen Oldmixon, Larry Cain, Robyn Jamison, Otto Fox, Gail Young, Mark Thomas, Cindy DiCosimo, Carol Winkler and David Winkler

("Plaintiffs") and Defendant MetaQuotes Software Corp. (collectively "the Parties"), by and through their counsel that:

1.      The Parties hereby agree that the Default Judgment entered against MetaQuotes Software Corp. by the Central District of California has been set aside and vacated.

2.      The Parties hereby agree that the foreign Judgment registered by Plaintiffs on April 1, 2014 in the above-captioned action is vacated as against MetaQuotes Software Corp. only.

3.      The Parties hereby agree that the above-captioned action is dismissed with prejudice as to MetaQuotes Software Corp. only, pursuant to FRCP 41(a).

4.      This Stipulation and Order to Vacate and Dismiss embodies the entire Settlement Agreement of the Parties as filed in the Federal District Court, Central District of California Case No. SACV12-1448 AG (JPRX).

Dated: February 24, 2016                          Dated: February 24, 2016

PHILLIPS LYTLE LLP                                COZEN O'CONNOR

By_____                 By_____
          Robert V. Cornish, Jr.                            Jason B. Bonk
800 17th Street, NW, Suite 450                    277 Park Avenue
Washington, D.C.  20006                           New York, New York  10172
Tel.:  (202) 617-2700                             Tel.:  (212) 883-4900

*Attorneys for Plaintiffs*                        *Attorneys for MetaQuotes Software Corp.*

SO ORDERED:
Dated:   2/26/16

_____
United States District Judge
Doc #05-471451

            Judge Woods, Part 1